UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VISUAL DYNAMIX, LLC, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:25-CV-00792-CDP |
| | ) |
| ONCURA PARTNERS DIAGNOSTICS, LLC, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

## <u>NOTICE OF APPOINTMENT OF NEUTRAL</u>

Upon selection by parties, pursuant to the procedures outlined in <u>E. D. Mo.  L. R.  6.03</u>,

the Clerk of the court hereby notifies

Name of Neutral/Firm:   <u>NEUNER JR., FRANCIS X.</u>

Firm Address:       <u>120 S.Central Avenue Suite 1250 St. Louis, MO  63105</u>

Email:             <u>frank@neunermediation.com</u>

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that

the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel:   <u>Steven M. Cohen (for pla)</u>
<u>BERGER COHEN AND BRANDT LC</u>
<u>8000 Maryland Avenue</u>
<u>Suite 1500</u>
<u>Clayton, MO  63105</u>
<u>Ph: 314-721-7272  FAX: 314-721-1668</u>

Other Counsel:   <u>Thomas Patrick Berra Jr. (for dft)</u>
<u>LEWIS RICE LLC - St. Louis</u>
<u>600 Washington Avenue</u>
<u>Suite 2500</u>
<u>St. Louis, MO  63101</u>
<u>Ph:   FAX:</u>

**The completion deadline for this ADR referral is March 5, 2026.  The neutral shall file**

**an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

January 20, 2026.
Date

*Nathan M. Graves*                    /
Clerk of Court

By:    /s/ Katie Kratzer        /
       KATIE KRATZER
       Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VISUAL DYNAMIX, LLC, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-00792-CDP |
| | ) | |
| ONCURA PARTNERS DIAGNOSTICS, | ) | |
| LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____.

The ADR referral was concluded on _____.
The parties [☐ did  ☐ did not]  achieve a settlement. ***Check one***

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____    Neutral: _____

NEUNER JR., FRANCIS X.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VISUAL DYNAMIX, LLC, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-00792-CDP |
| | ) | |
| ONCURA PARTNERS DIAGNOSTICS, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE
DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR
conference.  The participants will be sent an email with a link to a brief (5 minute), anonymous
survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel,
corporate representative, or attorney of record.

Name (printed):                                    Email address:

_____                _____

_____                _____

_____                _____

_____                _____

_____                _____

_____                _____

_____                _____

_____                _____


Date_____ Neutral_____