**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRYANT EVANS, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | No. 4:25CV00652 SEP |
| | ) | |
| UNKNOWN RICE, *et al.,* | ) | |
| | ) | |
| Defendant(s). | ) | |

## CLERK'S ENTRY OF DEFAULT

This matter is before the Clerk of Court on Plaintiff's Motion for Entry of Clerk's Default against Defendant Heaven Barton [ECF No. 24] pursuant to Fed.R.Civ.P. 55(a). The record reflects service of summons of the Complaint upon Defendant on November 2, 2025. Defendant has failed to file an answer or other responsive pleading within the time required by Fed.R.Civ.P. 12.

Accordingly, Plaintiff's Motion for Entry of Clerk's Default [ECF No. 24] is GRANTED and the default of Defendant Heaven Barton is hereby entered.

Dated this 20th day of February 2026.

_____
Lori Miller Young
Chief Deputy Clerk - Operations